David **FRAZIER**, etc.; et al., Plaintiffs,

**Lakendra Williams, as natural tutrix, on behalf of Carisma Williams, Plaintiff–Appellee,**

v.

**CITY OF BOSSIER; et al., Defendants,**

**City of Bossier; Lance Kirk Zaner, individually and as an employee of the City of Bossier, Defendants–Appellants.**

**No. 04–30731.**

United States Court of Appeals, Fifth Circuit.

Decided May 17, 2005.

Hersy Jones, Jr., Law Office of Hersy Jones Jr., Shreveport, LA, for Plaintiff–Appellee.

Kenneth E. Mascagni, Robert Kennedy, Jr., Cook, Yancey, King & Galloway, Shreveport, LA, for Defendants–Appellants.

6

Before JOLLY, SMITH and DeMOSS, Circuit Judges.

PER CURIAM: *

We have reviewed the record, carefully read the briefs, and have heard excellent arguments from both parties. While the qualified immunity issue in this case is very close, we have determined that the district court did not err in concluding that there are material issues of disputed fact that are best decided in the course of a trial. We therefore lack jurisdiction over this interlocutory appeal. *See Roberts v. City of Shreveport,* 397 F.3d 287, 290 (5th Cir.2005). We also lack jurisdiction over the interlocutory appeal of the City of Bossier. *See id.* at 291. Accordingly this appeal is DISMISSED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.